# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION

| | |
|---|---|
| MARIE JEAN CHARLES<br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP INC., BI INC.<br>Defendants. | DOCKET NO.:<br><br>CIVIL ACTION EMPLOYMENT DISCRIMINATION<br><br>COMPLAINT FOR VIOLATIONS OF:<br><br>(1) TITLE VII OF THE CIVIL RIGHTS ACT OF 1964;<br><br><br>[JURY TRIAL DEMANDED] |

1. This action is brought by Marie Jean-Charles who resides in Orlando, Florida at 670 Lorain Street, Orlando, Florida 32819, which is at all times relevant herein within the Middle District of Florida and who worked for the GEO GROUP INC. in Orlando, Florida, Orange at all times relevant herein within the State of Florida. Marie Jean-Charles, hereinafter referred to as the "Plaintiff".

2. The Defendant herein, GEO Group Inc, BI INC. hereinafter, operated in Orlando, Florida, a corporation, as a government contractor for the United States government a facility known as ISAP for the Department of Homeland Security, Orange County within the Middle District of Florida.

3. All acts of discrimination herein alleged occurred at the ISAP

facility in Orlando, Florida within the Middle District of Florida.

## I. JURISDICTION/VENUE

4. This Court has jurisdiction of Plaintiffs' federal law claims pursuant to 28 U.S.C. § 1331, as this case involves questions of federal law. Venue is proper in, and Defendants are subject to the personal jurisdiction of, this Court because Defendants maintain facilities and business operations in this District, and all or most of the events giving rise to this action occurred in this District. 28 U.S.C. § 1391(b); 42 U.S.C. § 2000e-5(f)(3).

## II. NATURE OF THE ACTION/CLAIM OF RELIEF/INTENTIONAL DISCRIMINATION

5. This is an action for relief from employment discrimination in violation of Title VII of the Civil Rights Act of 1964, *as amended* ("Title VII"), 42 U.S.C. §§ 2000e to 2000e based on color, race and nationality for intentional discrimination Disparate treatment causing harm and loss of pay and employment, based on the Acts below.

6. The actions complained of under the Act are and include failure to promote Plaintiff, failure to provide equal terms and conditions of employment including pay or compensation , and termination of employment.

7. Defendants unlawfully discriminated against plaintiff on the basis of their

2

national origin characteristics, Creole-Haitian, and harassed her on the basis of

national origin Haitian and race – color which is black.

8. Employee was hired in the Orlando ISAP office in May 12,2008 and worked as a Case Specialist One and continued to receive raises until plaintiff reached a cap in 2011.Since then she has received lump sum payments every year but no raises and no promotions including this year on the anniversary date of hire. Plaintiff did not receive the promotion to Senior Case manager in 2017after interviewing for the position. Defendant has not explained how Plaintiff is the only employee in her group to reach a cap and upon inquiry failed to adequately disclose compensation rates for other individuals or show the exact method used. Plaintiff was until her termination the only black, Haitian individual in her office , the others being Hispanic, brown.

9. The plaintiff was denied the Senior Case Manager position based on an interview but Defendant never disclosed the interview questions or how the questions were rated, thus continuing the discrimination until this day.

10. Though Defendant noted that Plaintiff was working and in good standing during the EEOC investigation , subsequently Plaintiff was fired though she had no previous record of discipline after filing an EEOC complaint, on or about May 23,2021. Action was based on Plaintiff being black,and Haitian.

11. Defendants based the above acts on the fact that Plaintiff was black, Haitian.

12. Plaintiff seeks reinstatement plus actual damages, paid and suffering, punitive damages.

13. Plaintiff lost her salary of $54,000 a year or over $1900 biweekly. Additionally any back pay she would earn due to a cap on her salary and lack of promotion.

14. Plaintiff has suffered pain and suffering receiving medical treatment $100 a week for telehealth for counseling self pay plus medications plus medical treatment for Tinnitus.

15. Plaintiff has incurred job seeking expenses transportation, mailing applications.

## 111. EXHAUSTION OF ADMINISTRATIVE REMEDIES

16. Plaintiffs timely filed charges of discrimination with the United States Equal Employment Opportunity Commission ("EEOC") On or around 11/24/2020, and on 5/24/2021, the EEOC issued Plaintiffs Notices of Right to Sue.

17. Plaintiffs have timely filed this action and have complied with all administrative prerequisites to bring this lawsuit.

## SECOND CLAIM FOR RELIEF
National Origin-Based Discrimination (Disparate Impact) in Violation of Title VII of the Civil Rights Act of 1964, *as amended*, 42.S.C. § 2000e-2(a)

4

Plaintiffs incorporate by reference as if fully set forth herein the allegations contained in paragraphs ,1 through 17 above.

18. Section 703 of Title VII, 42 U.S.C. § 2000e-2, prohibits employment practices that discriminate against persons on the basis of their national origin. Plaintiff are informed and believe and thereon allege that Defendants' promotion and compensation policy had an adverse and disproportionate impact on her because of their national origin, Haitian,color – black,race- black.

19. As a direct, legal and proximate result of the discrimination, Plaintiff have sustained, and will continue to sustain, economic and emotional injuries, resulting in damages in an amount to be proven at trial.

17. Defendants' unlawful actions through their managers and employees were intentional, willful, malicious, and/or done with reckless disregard to Plaintiffs' right to be free from discrimination based on national origin,race and color and continue to this day and are ongoing.

18. Plaintiff is entitled to reasonable attorneys' fees and costs of suit.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows on all claims:

1. For a declaration that Defendants' actions, policies, and practices as alleged herein are unlawful;

2. For reinstatement;

3. For lost wages and all other compensation denied or lost to Plaintiffs by reason of Defendants' unlawful actions, in an amount to be proven at trial;

4. For compensatory damages for Plaintiffs' emotional pain and suffering, in an amount to be proven at trial;

5. Plaintiff lost her salary of $54,000 a year or over $1900 biweekly. Additionally any back pay she would earn due to a cap on her salary and lack of promotion.

6. Plaintiff has suffered pain and suffering receiving medical treatment $100 a week for telehealth for counseling self pay plus medications plus treatment for Tinnitus.

7. Plaintiff has incurred job seeking expenses transportation, mailing applications.

5. For punitive damages in an amount to be determined at trial;

6. For liquidated damages;

7. For interest on lost wages, compensation, and damages, including pre- and post-judgment interest and an upward adjustment for inflation;

8. For an order enjoining Defendants from engaging in the unlawful acts complained of herein;

9. For reasonable attorneys' fees and costs of suit pursuant to 42 U.S.C. § 2000e-5(k).

10. For such other and further relief as this Court deems just and proper.

### CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated: August 19, 2021

Respectfully submitted,
/s/Andrea Bateman

Andrea Bateman
ATTORNEY
Fl. Bar No. 0178728
PO Box 104
Winter Park, Fl. 32790
407-579-9554
abateman3714@msn.com

7